UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

In Re: BAYCOL PRODUCTS LITIGATION

MDL NO. 1431 (MJD/JGL)

This Document Relates To:

CHRISTOPHER J. LADELFA, individually and ROBERT D. BROTHERTON, on behalf of himself and all other similarly situated,

Plaintiffs,

v.

BAYER, A.G.; BAYER CORPORATION, a wholly owned subsidiary of BAYER, A.G.; SMITHKLINE BEECHAM CORPORATION d.b.a. GLAXOSMITHKLINE, and GLAXOSMITHKLINE plc,

Defendants.

Originating Jurisdiction and Case No.:

United States District Court
Northern District of California C 01 3648 WHO

Case No. 02-CV-139 (MJD)

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiffs and counsel for Defendants that the above-captioned case may be and is hereby dismissed with prejudice as to Plaintiff Christopher LaDelfa only, pursuant to Fed. R. Civ. Pro. 41(a)(1). The parties shall each bear their own costs. This stipulation shall have no affect on the claims of the other named Plaintiff in this action.

Dated: May ___, 2004

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: */s/ Signature on File*
Steven E. Fineman
Wendy R. Fleishman

780 Third Avenue, 48th Floor
New York, NY 10017-2024
Telephone: (212) 355-9500

SIDLEY AUSTIN BROWN & WOOD, LLP

By: */s/ Signature on File*
James Mizgala

10 S. Dearborn Street, 55th Floor
Chicago, IL 60603

*Attorneys for Defendants Bayer Corp. and Bayer A.G.*

SCANNED
MAY 24 2004
U.S. DISTRICT COURT MPLS

LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Elizabeth J. Cabraser
Richard M. Franco
275 Battery Street, 30th Floor
San Francisco, CA 9411-3339
Telephone: (415) 956-1000

RODA & NAST
Michael G. Nast
Dianne Nast
801 Estelle Drive
Lancaster, PA 17601

*Attorneys for Plaintiffs*

MAY 21 2004

Dated: Minneapolis, Minn
May ____, 2004

DECHERT LLP

By: */s/ Signature on File*
Fred Magaziner

4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103
Fax: (215) 994-2222

*Attorneys for Defendants SmithKline Beecham d/b/a GlaxoSmithKline and GlaxoSmithKline PLC*

Approved and So Ordered:

[signature]

Judge, U.S.D.C., District of Minnesota